**Video Corporation of America**

July 28, 2006

BK Case No. 05-12831-MD

Clerk Of the U.S. Bankruptcy Court
1000 Elm Street
Suite 1001
Manchester, New Hampshire 03101

Clerk of the U.S. Bankruptcy Court

**AMHERST TECHNOLOGIES, LLC**

FILED
2006 AUG -8  A 10: 08
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

BK 05-12831 JMD

ADV: 06-1193

VCA has received your summons regarding Amherst Technologies,LLL. The summons states that VCA owes Amherst $14,280.25, which we disagree with. I have attached a copy of the spreadsheet that was included with your letter with an explanation by invoice as to why we disagree.

The PO and invoice numbers on the attached schedule came from Linda Crawford, who worked for AMHERST,. She was working with VCA's accounts payable to reconcile the AMHERST account.

If you need further information or have any questions, please call me at 732 545 8000 ext. 137.

Sincerley,

Pat F. Balestrieri
Controller
Video Corporation of America

Enclosure (1)

cc: OLGA L. Bogdanov
    Murtha Cullina LLP
    99 High Street
    Boston, Ma 02110

---

7 VERONICA AVENUE    P.O. BOX 5480    SOMERSET, NJ 08875-5480
TEL: 732/545-8000    FAX: 732/545-5101    www.vca.com

AMHERST-24-06

| Invoice # | inv date | due date | gross amt | open amt | po# | notes |
|---|---|---|---|---|---|---|
| 15108877 | 5/27/05 | 6/26/2005 | $ 2,058.91 | $ 2,058.91 | 121871 | VCA cannot determine if paid. We are trying to confirm receipt of product. |
| 15110270 | 7/12/05 | 8/11/2005 | $ 172.00 | $ 172.00 | 12366repl | This invoice was sent to VCA in error. The product that was on this invoice was sent as an advanced replacement for a product that was defective. VCA should have received a credit. Amherst was to have issued a call tag to retrieve the product. |
| ③ 15110699 | 7/28/05 | 8/27/2005 | $ 630.70 | $ 630.70 | 123372repl | This was an advance replacement of a defective product that was dropped shipped directly to the customer. The VCA should have received a credit. Amherst was to have issued a call tag to retrieve the product. |
| 15110973 | 8/8/05 | 9/7/2005 | $ 2,159.39 | $ 2,159.39 | charlie | This invoice is for product that was sent to the customer as a DEMO LOANER--no invoice should be sent to VCA. AMHERST should have issued a call tag for the product. This loan was handled directly between AMHERST and the customer. |
| 15111247 | 8/17/05 | 9/16/2005 | $ 631.00 | $ 212.00 | 200315 | We paid $442.68-- paid for all items on the P.O. We paid for all product that we received on this P.O. |
| 15111292 | 8/19/05 | 9/18/2005 | $ 2,435.68 | $ 2,435.68 | 200140 | VCA cannot determine if paid. We are trying to confirm receipt of product. |
| 15111423 | 8/24/05 | 9/23/2005 | $ 5,907.00 | $ 1,377.00 | is100009 | VCA paid $4530.00. PO 200500 is paid in full |
| ⑧ 15111747 | 9/2/05 | 10/2/2005 | $ 153.00 | $ 153.00 | 122316repl2 | This was an advance replacement of a defective product that was dropped shipped directly to the customer. The VCA should have received a credit. Amherst was to have issued a call tag to retrieve the product. |
| 15111767 | 9/6/05 | 10/6/2005 | $ 1,787.40 | $ 1,787.40 | 200545 | Check # 2219 paid this item in full. VCA utilized some AMHERST credits when making payments. |
| 15111983 | 9/13/05 | 10/13/2005 | $ 111.18 | $ 111.18 | 201057 | Check # 2219 paid this item in full. VCA utilized some AMHERST credits |

AMHER7-24-06

| Invoice # | inv date | due date | gross amt | open amt | po# | notes |
|---|---|---|---|---|---|---|
| 15112058 | 9/16/05 | 10/16/2005 | $ 600.95 | $ 600.95 | 200917 | Check # 2219 paid this item in full. VCA utilized some AMHERST credits when making payments. |
| 15112567 | 10/4/2005 | 11/3/2005 | $ 66.00 | $ 66.00 | 201099repl | Product was returned on RA 29552 to AMHERST. |
| 15112646 | 10/6/2005 | 11/5/2005 | $ 210.00 | $ 210.00 | 200984rep3 | This is an invoice for an advanced replacement for a defective product. VCA should have received a credit. |
| 15112684 | 10/10/2005 | 11/9/2005 | $ 1,290.00 | $ 210.00 | 201688 | VCA paid $1093.53-- paid for all items on the po. We paid for all product that we received on this PO. |
| 15112981 | 10/21/2005 | 11/20/2005 | $ 76.74 | $ 76.74 | 200984 | VCA paid for all product that we received on this PO. |
| 15112983 | 10/21/2005 | 11/20/2005 | $ 210.00 | $ 210.00 | 20099repl2 | Wrong po# correct is 201099. And this is an advance replacement. VCA should have been credited. |

```
                            >>> VIDEO CORP OF AMERICA <<<        PO # :    123372
Vendor: AMHER      Trans: 1    Receiving Warehouse: 200          Date :  06/27/05
AMHERST LLC                    VCA NEW YORK                      Merch:    595.00
40 CONTINENTAL BLVD            SUITE 550                         Frt..:
                               370 7TH AVENUE                    Misc.:
MERRIMACK, NH 03054            NEW YORK, NY 10001                Tax..:
Terms....: N20    NET 20                     Buyer ID: SLB       Total:    595.00
Ship Via.: BEST                                                  Ack Dt:
Dlvy Date: 07/04/05     Scheduled:                               Ack No:
Sp Inst 1: PP# 49925                                             E Exch Rt:
---------------------------------------------------------------------------------
Ln --- Model & Description ---              Ord       Rec       Due       Vch
 1 00997836 MICD ADOBE PHOTO SHOP V8 WIN      1         1         0         1



      (D)ollar, (P)roduct, (Q)ty, (V)endor, (C)omments, PO#, or (E)nd:
```

We paid orig in 15109681 po 123372
on check # 92338 7/8/05

INV. 15110699 they billed us for a Replacement.
There are no notes in the system. Any Adv/Rep
should be credited because we return the defectives.

15111947

```
Vendor: AMHER       Trans: 1        >>> VIDEO CORP OF AMERICA <<<     PO # :    12
AMHERST LLC                         Receiving Warehouse: 200          Date :   05/2.
40 CONTINENTAL BLVD                 VCA NEW YORK                      Merch:    6495
                                    SUITE 550                         Frt..:
                                    370 7TH AVENUE                    Misc.:
MERRIMACK, NH 03054                 NEW YORK, NY 10001                Tax..:
Terms....: N20    NET 20                        Buyer ID: MD1         Total:   6495.0
Ship Via.: BEST                                                       Ack Dt:
Dlvy Date: 06/01/05    Scheduled:                                     Ack No:
Sp Inst 1: MUST ARRIVE BY 6/1/05 / CALL TO CONFIRM ORDER              E Exch Rt:
------------------------------------------------------------------------------------
Ln --- Model & Description ---                      Ord       Rec       Due      Vch
 1 H28535 AMHER HP NW8000 PM/2.0 GHZ.                1         1         0        1
   Order # 49251          Open Qty: 0
 2 00996580 AMHER 512MB MEMORY UPGRD                 1         1         0        1
   Order # 49251          Open Qty: 0
 3 H28230 PYRO CARDBUS 1394 DV F/NOTEBOO             1         1         0        1
   Order # 49251          Open Qty: 0
 4 H28843 AMHER EZ QUEST 250 GB FIREWIRE             1         1         0        1
   Order # 49251          Open Qty: 0
 5 H28601A AMHER AVID XPRESSPRO/MOJO BNDL            1         1         0        1
   Order # 49251          Open Qty: 0

    Enter PO number, <RTN> for Next Page, or (E)nd:
```

29976v 15108934 pd on check 92028 6/24/05
30365v 15108920 pd on check 92028 6/24/05

Any replacement should have come with a credit to the adv rep. invoice, due to product being returned since it was defective

```
                        >>> VIDEO CORP OF AMERICA <<<      PO #:     122316
Vendor: AMHER   '  Trans: 1     Receiving Warehouse: 200    Date :   05/25/05
AMHERST LLC                     VCA NEW YORK                Merch:    6495.00
40 CONTINENTAL BLVD             SUITE 550                   Frt..:
                                370 7TH AVENUE              Misc.:
MERRIMACK, NH 03054             NEW YORK, NY 10001          Tax..:
Terms....: N20    NET 20                 Buyer ID: MD1      Total:    6495.00
Ship Via.: BEST                                             Ack Dt:
Dlvy Date: 06/01/05    Scheduled:                           Ack No:
Sp Inst 1: MUST ARRIVE BY 6/1/05 / CALL TO CONFIRM ORDER    E Exch Rt:
-----------------------------------------------------------------------------
Ln --- Model & Description ---                   Ord      Rec     Due    Vch
 6 H28362 AMHERST AVID COMPONENET ADAPTR           1        1       0      1
   Order # 49251         Open Qty: 0
 7 H29804 AMHER AJA 10 BIT SDI CONVERTER           1        1       0      1
   Order # 49251         Open Qty: 0
 8 H28930 AMHER AJA POWER SUPPLY                   1        1       0      1
   Order # 49251         Open Qty: 0
 9 00612320XDV AMHERST XRESS DV TURNKEY CN         1        1       0      1
   Order # 49251         Open Qty: 0


   (D)ollar, (P)roduct, (Q)ty, (V)endor, (C)omments, PO#, or (E)nd:
```