# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Olga L. Bogdanov, Chapter 7 Trustee
of Amherst Technologies, LLC, et al.,
      Plaintiff

v.                                              Civil No.    1:07-mc-10-PB

Video Corporation of America,
      Defendant

## ORDER

In accordance with the Report Regarding Proposed Findings of Fact and Conclusions of Law issued by Bankruptcy Judge J. Michael Deasy on January 9, 2007, the Plaintiff's Motion for Default Judgment is granted. Default judgment shall be entered against the Defendant.

SO ORDERED.

**Date:** February 26th, 2007

/s/ Paul J. Barbadoro
_____

United States District Judge

cc: Olga L. Bogdanov, Esq.
    Daniel W. Sklar, Esq.
    Video Corporation of America, pro se
    US Bankruptcy Court - NH, Clerk
    Geraldine L. Karonis, Esq.