UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Olga L. Bogdanov, Chapter 7 Trustee
of Amherst Technologies, LLC, et al.,
      Plaintiff

v.                                                                        Civil No.   07-mc-10-PB

Video Corporation of America,
      Defendant

## JUDGMENT

      In accordance with the Order dated  26 February, 2007  by Judge  Paul J. Barbadoro , judgment is hereby entered.

                                                                   By the Court,

Date:  February 26, 2007                       /s/ Charli M. Pappas
                                                          Charli M. Pappas
                                                          Deputy Clerk

cc:   Olga L. Bogdanov, Esq.
      Daniel W. Sklar, Esq.
      Video Corporation of America
      US Bankruptcy Court - NH, Clerk
      Geraldine L. Karonis, Esq.